IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| BOARD OF TRUSTEES, | ) | |
| SHEET METAL WORKERS' | ) | |
| NATIONAL PENSION FUND | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:08cv15 (JCC) |
| | ) | |
| DCI SIGNS & AWNINGS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## O R D E R

For the reasons stated in the accompanying Memorandum Opinion, it is hereby ORDERED that:

(1) Defendant DCI Signs & Awnings, Inc.'s Motion to Dismiss is DENIED;

(2) Plaintiff Board of Trustees, Sheet Metal Workers' National Pension Fund's Motion for Summary Judgment is DENIED; and

(3) the Clerk of the Court shall forward copies of this Order and accompanying Memorandum Opinion to all counsel of record.


March 5, 2008                    _____/s/_____
Alexandria, Virginia                   James C. Cacheris
                               UNITED STATES DISTRICT COURT JUDGE