IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

BOARD OF TRUSTEES,            )
SHEET METAL WORKERS'          )
NATIONAL PENSION FUND         )
                              )
        Plaintiff,            )
                              )
            v.                )      1:08cv15 (JCC)
                              )
DCI SIGNS & AWNINGS, INC.,    )
                              )
        Defendant.            )

### O R D E R

For the reasons stated in the accompanying Memorandum Opinion, it is hereby ORDERED that:

(1) Defendant DCI Signs & Awnings, Inc.'s Motion for Summary Judgment is DENIED;

(2) Plaintiff Board of Trustees, Sheet Metal Workers' National Pension Fund's Motion for Summary Judgment is DENIED; and

(3) the Clerk of the Court shall forward copies of this Order and accompanying Memorandum Opinion to all counsel of record.


September 15, 2008              _____/s/_____
Alexandria, Virginia                   James C. Cacheris
                               UNITED STATES DISTRICT COURT JUDGE

